[No. 25080-6-III.  Division Three.  August 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIAS BARAJAS
ACEVEDO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 03-1-00210-6, Michael E. Schwab, J., entered
March 10, 2006. *Affirmed* by unpublished opinion per
Schultheis, A.C.J., concurred in by Brown, J., and Kato, J.
Pro Tem.

[Nos. 24530-6-III; 24216-1-III;   Division Three.  August 30, 2007.]
      25291-4-III.

*In the Matter of the Estate of* MARCELLA L. JONES.

JEFFREY JONES ET AL., *Respondents*, v.
RUSSELL JONES, *Appellant*.

JAMES V. WOODARD, *as Personal Representative*,
*Respondent*, v. RUSSELL K. JONES, *Appellant*.

Appeals from judgments of the Superior Court for Spo-
kane County, Nos. 95-4-01114-6 and 05-2-03163-2, Rebecca
M. Baker and Harold D. Clarke III, JJ., entered March 14,
May 11, and August 26, 2005 and April 13, 2006. *Affirmed*
by unpublished opinion per Sweeney, C.J., concurred in by
Brown and Kulik, JJ.

[No. 57814-6-I.  Division One.  September 4, 2007.]

FRANK T. CARASKA, *Appellant*, v. THE DEPARTMENT OF
TRANSPORTATION, DIVISION OF WASHINGTON STATE
FERRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 01-2-34950-3, Jay V. White, J., entered Febru-
ary 9, 2006. *Reversed* and *remanded* by unpublished opin-
ion per Schindler, A.C.J., concurred in by Coleman and
Grosse, JJ.